UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Christopher F. Slaugh | : | |
| Debtor | : | |
| | : | Case No.: 19-16026 AMC |
| Roundpoint Mortgage Servicing Corporation | : | |
| Movant | : | |
| v. | : | |
| Christopher F. Slaugh | : | Motion for Relief from Stay |
| Debtors | : | |

## ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes the Debtor, by his Attorney **Thomas W. Fleckenstein** and files the within **Answer to the Motion for Relief from the Automatic Stay:**

1.-5.     ADMITTED.

6-10.    DENIED.  Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

*RESPECTFULLY SUBMITTED:*

DATE: January 2, 2020

/s/ Thomas W. Fleckenstein
Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
470 Locust Street
Columbia, PA  17512
(717) 333-4053