UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Christopher F. Slaugh                    :        Chapter 13
                                         :
                    Debtors              :        Case No. 19-16026

## CHANGE OF ADDRESS:

Listed below is the new address for Christopher F. Slaugh.

744 Goucher Street
Johnstown, PA 15905