UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13
    CHRISTOPHER F. SLAUGH                        Bankruptcy No.19-16026-AMC


    Debtor

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 10th day of February, 2020, by first class mail upon

those listed below:

CHRISTOPHER F. SLAUGH
744 GOUCHER STREET
JOHNSTOWN, PA  15905

**Electronically via CM/ECF System Only:**

THOMAS WILLIAM FLECKENSTEIN ESQ
1338 MALLEABLE ROAD
COLUMBIA, PA  17512


    */s/ Deborah A. Earnshaw*
    Deborah A. Earnshaw
    for
    Scott F. Waterman, Esquire
    Standing Chapter 13 Trustee