United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-16026-amc
Christopher F. Slaugh                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                    Page 1 of 1             Date Rcvd: Mar 05, 2020
                                Form ID: 155                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
db             +Christopher F. Slaugh,    744 Goucher Street,    Johnstown, PA 15905-3024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS W. FLECKENSTEIN    on behalf of Debtor Christopher F. Slaugh tom@fleckensteinpalaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                         TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Christopher F. Slaugh
      Debtor(s)

Chapter: 13

Bankruptcy No: 19−16026−amc

___

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 5, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Ashely M. Chan
                                            Judge ,
                                            United States Bankruptcy Court