IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
|    Christopher F. Slaugh | : | NO. 19-16026 |
| | : | |
|    **(DEBTORS)** | : | |

## ORDER APPROVING COUNSEL FEE

**AND NOW** on this _____day of_____, 2020, upon consideration of the within the Application for Approval of Counsel Fees and it appearing to the Court that a fee of $3,500.00 is reasonable in this matter, it is:

ORDERED and DECREED that a Counsel Fee in the amount of $3,500.00 is APPROVED, and the balance due counsel in the mount of $2,810.00 shall be disbursed for the Debtor(s) to the Debtor's attorney by the Standing Chapter 13 Trustee in accordance with the Debtor's Chapter 13 Plan.

BY THE COURT:

**Date: March 9, 2020**

_____
Ashely M. Chan
BANKRUPTCY JUDGE