United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16026-amc
Christopher F. Slaugh                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: TashaD         Page 1 of 1           Date Rcvd: Mar 09, 2020
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
db              +Christopher F. Slaugh,    744 Goucher Street,    Johnstown, PA 15905-3024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS W. FLECKENSTEIN    on behalf of Debtor Christopher F. Slaugh tom@fleckensteinpalaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
|    **Christopher F. Slaugh** | : | NO.  19-16026 |
| | : | |
|    **(DEBTORS)** | : | |

## ORDER APPROVING COUNSEL FEE

   **AND NOW** on this _____day of_____, 2020, upon consideration of the within the Application for Approval of Counsel Fees and it appearing to the Court that a fee of $3,500.00 is reasonable in this matter, it is:

   ORDERED and DECREED that a Counsel Fee in the amount of $3,500.00 is APPROVED, and the balance due counsel in the mount of $2,810.00 shall be disbursed for the Debtor(s) to the Debtor's attorney by the Standing Chapter 13 Trustee in accordance with the Debtor's Chapter 13 Plan.

BY THE COURT:

**Date: March 9, 2020**

Ashely M. Chan
BANKRUPTCY JUDGE