UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Christopher F. Slaugh                     :     Case No. 19-16026
                                          :
        Debtor                            :
                                          :     Chapter 13
                                          :

## CERTIFICATION OF NO OPPOSITION TO MOTION TO MODIFY PLAN

Thomas W. Fleckenstein, Esquire, the attorney for the Debtor(s), hereby certifies that more than twenty-one (21) days have elapsed since he made service of the MOTION TO MODIFY PLAN.

Counsel further certifies that no creditor or party in interest has filed an answer, objection, request for a hearing or other responsive pleading to the Motion to MODIFY PLAN.

Respectfully,

Date 7/17/20

Thomas W. Fleckenstein, ESQUIRE
Attorney for Debtor(s)
470 Locust Street
Columbia, PA 17512
Tel:(717) 333-4053
Fax:(717) 342-2474