## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Christopher F. Slaugh** | : | **Case No. 19-16026** |
| | : | |
| **Debtor** | : | |
| | : | **Chapter 13** |
| | : | |

### ORDER

UPON CONSIDERATION OF the Debtor's Motion to Modify a Chapter 13 Plan and after notice to creditors and other parties in interest, no objections were filed thereto, it is hereby:

**ORDERED** that the Motion be, and hereby is granted.

It is further **ORDERED** that the Debtor's Fifth Amended Plan dated June 25, 2020 (doc. 37) is hereby confirmed.

Date: **July 23, 2020**

**PATRICIA M. MAYER,**
**U.S. BANKRUPTCY JUDGE**