United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher F. Slaugh  
    Debtor

Case No. 19-16026-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: TashaD    Page 1 of 1    Date Rcvd: Jul 24, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.  
db         #+Christopher F. Slaugh,   744 Goucher Street,   Johnstown, PA 15905-3024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:  
        REBECCA ANN SOLARZ   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        THOMAS W. FLECKENSTEIN   on behalf of Debtor Christopher F. Slaugh tom@fleckensteinpalaw.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                        TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Christopher F. Slaugh | : | Case No. 19-16026 |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| | : | |

### ORDER

UPON CONSIDERATION OF the Debtor's Motion to Modify a Chapter 13 Plan and after notice to creditors and other parties in interest, no objections were filed thereto, it is hereby:

**ORDERED** that the Motion be, and hereby is granted.

It is further **ORDERED** that the Debtor's Fifth Amended Plan dated June 25, 2020 (doc. 37) is hereby confirmed.

Date: **July 23, 2020**

_____
**PATRICIA M. MAYER,**
**U.S. BANKRUPTCY JUDGE**