| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-16026-PMM

CHRISTOPHER F. SLAUGH
744 GOUCHER STREET
JOHNSTOWN  PA    15905

Petition Filed Date: 09/25/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 03/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/25/2019 | $200.00 | | 11/25/2019 | $200.00 | | 12/26/2019 | $200.00 | |
| 01/28/2020 | $200.00 | | 02/25/2020 | $770.01 | | 04/23/2020 | $482.01 | |
| 06/30/2020 | $482.01 | | 07/27/2020 | $482.00 | | | | |

**Total Receipts for the Period: $3,016.03    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,016.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $1,867.23 | $942.77 |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NPRTO NORTH-EAST LLC<br>»»  002 | Unsecured Creditors | $1,183.09 | $0.00 | $1,183.09 |
| 3 | MERRICK BANK<br>»»  003 | Unsecured Creditors | $966.45 | $0.00 | $966.45 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $660.45 | $0.00 | $660.45 |
| 5 | AFFINITY FEDERAL CREDIT UNION<br>»»  005 | Unsecured Creditors | $4,757.53 | $0.00 | $4,757.53 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $1,494.73 | $0.00 | $1,494.73 |
| 7 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  07A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  07B | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  008 | Unsecured Creditors | $737.67 | $0.00 | $737.67 |
| 10 | AFFINITY FEDERAL CREDIT UNION<br>»»  09S | Secured Creditors | $15,200.99 | $0.00 | $15,200.99 |
| 11 | AFFINITY FEDERAL CREDIT UNION<br>»»  09U | Unsecured Creditors | $9,981.14 | $0.00 | $9,981.14 |

Chapter 13 Case No. 19-16026-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $3,016.03 | Current Monthly Payment: | $482.00 |
| Paid to Claims: | $1,867.23 | Arrearages: | $675.97 |
| Paid to Trustee: | $281.19 | Total Plan Base: | $27,792.00 |
| Funds on Hand: | $867.61 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.