IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: CHRISTOPHER F. SLAUGH | |
| **Debtor(s)** | CHAPTER 13 |
| QUANTUM3 GROUP LLC AS AGENT FOR AQUA FINANCE | CASE NO. 19-16026-PMM |
| **Moving Party** | 11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| CHRISTOPHER F. SLAUGH<br>ELIZA R. SLAUGH | HEARING DATE: **1-26-21 at 10:00 AM** |
| **Respondent(s)** | |
| SCOTT F. WATERMAN<br>**Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Quantum3 Group LLC as agent For Aqua Finance, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2011 Forest River Palomino Travel Trailer** bearing vehicle identification number 4X4TPAG27BN012930 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: **January 26, 2021**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE