Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-16026-PMM**

CHRISTOPHER F. SLAUGH  
744 GOUCHER STREET  
JOHNSTOWN  PA    15905

Petition Filed Date: 09/25/2019  
341 Hearing Date: 11/12/2019  
Confirmation Date: 03/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $200.00 | | 02/25/2020 | $770.01 | | 04/23/2020 | $482.01 | |
| 06/30/2020 | $482.01 | | 07/27/2020 | $482.00 | | 08/31/2020 | $355.00 | |
| 09/25/2020 | $355.00 | | 10/26/2020 | $355.00 | | 01/14/2021 | $355.00 | |
| 01/26/2021 | $355.00 | | 02/25/2021 | $355.00 | | 04/05/2021 | $366.00 | |
| 04/26/2021 | $355.00 | | | | | | | |

**Total Receipts for the Period: $5,267.03    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,867.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NPRTO NORTH-EAST LLC »» 002 | Unsecured Creditors | $1,183.09 | $0.00 | $1,183.09 |
| 3 | MERRICK BANK »» 003 | Unsecured Creditors | $966.45 | $0.00 | $966.45 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $660.45 | $0.00 | $660.45 |
| 5 | AFFINITY FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $4,757.53 | $0.00 | $4,757.53 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,494.73 | $0.00 | $1,494.73 |
| 7 | ROUNDPOINT MORTGAGE SERVICING CORP »» 07A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING CORP »» 07B | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $737.67 | $0.00 | $737.67 |
| 10 | AFFINITY FEDERAL CREDIT UNION »» 09S | Secured Creditors | $15,200.99 | $2,554.97 | $12,646.02 |
| 11 | AFFINITY FEDERAL CREDIT UNION »» 09U | Unsecured Creditors | $9,981.14 | $0.00 | $9,981.14 |

**Chapter 13 Case No. 19-16026-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,867.03 | Current Monthly Payment: | $355.00 |
| Paid to Claims: | $5,364.97 | Arrearages: | $89.97 |
| Paid to Trustee: | $502.06 | Total Plan Base: | $20,157.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.