UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

SALDUTTI LAW GROUP
Saldutti Law Group
Rebecca K. McDowell, Esq.
1040 N. Kings Highway, Suite 100
Cherry Hill, New Jersey 08034

_____

IN RE:                                                                        : CASE NUMBER: 19-16026-PMM
                                                                                    :
CHRISTOPHER F. SLAUGH,                                        :
                                                                                    : CHAPTER 13
              Debtor.                                                         :
_____:

## NOTICE OF ADDRESS CHANGE

Please note that the address for creditor Affinity Federal Credit Union for purposes of receiving payments and notices in this bankruptcy case has been changed.

The former address:

Affinity Federal Credit Union
c/o Peter J. Liska, LLC
766 Shrewsbury Ave.
Tinton Falls, NJ 07724

THE CURRENT ADDRESS:

Affinity Federal Credit Union
c/o Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

                                                                    */s/ Rebecca K. McDowell*
                                                                    REBECCA K. MCDOWELL, ESQ.

Dated:  July 12, 2022