| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16026-PMM**

CHRISTOPHER F. SLAUGH
744 GOUCHER STREET
JOHNSTOWN  PA    15905

Petition Filed Date: 09/25/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 03/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $366.00 | | 04/26/2021 | $355.00 | | 07/20/2021 | $366.01 | |
| 08/25/2021 | $366.01 | | 09/28/2021 | $355.00 | | 10/25/2021 | $355.00 | |
| 11/29/2021 | $355.00 | | 01/26/2022 | $366.01 | | 04/11/2022 | $1,485.00 | |
| 05/02/2022 | $366.01 | | 06/07/2022 | $366.01 | | 06/29/2022 | $355.00 | |
| 07/25/2022 | $355.00 | | | | | | | |

**Total Receipts for the Period: $5,811.05   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,957.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NPRTO NORTH-EAST LLC »» 002 | Unsecured Creditors | $1,183.09 | $0.00 | $1,183.09 |
| 3 | MERRICK BANK »» 003 | Unsecured Creditors | $966.45 | $0.00 | $966.45 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $660.45 | $0.00 | $660.45 |
| 5 | AFFINITY FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $4,757.53 | $0.00 | $4,757.53 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,494.73 | $0.00 | $1,494.73 |
| 7 | ROUNDPOINT MORTGAGE SERVICING CORP »» 07A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING CORP »» 07B | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $737.67 | $0.00 | $737.67 |
| 10 | AFFINITY FEDERAL CREDIT UNION »» 09S | Secured Creditors | $15,200.99 | $6,889.48 | $8,311.51 |
| 11 | AFFINITY FEDERAL CREDIT UNION »» 09U | Unsecured Creditors | $9,981.14 | $0.00 | $9,981.14 |
| 12 | QUANTUM3 GROUP LLC as agent for »» 01U | Unsecured Creditors | $7,853.48 | $0.00 | $7,853.48 |

**Chapter 13 Case No. 19-16026-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,957.08 | Current Monthly Payment: | $355.00 |
| Paid to Claims: | $9,699.48 | Arrearages: | ($30.08) |
| Paid to Trustee: | $931.00 | Total Plan Base: | $20,157.00 |
| Funds on Hand: | $326.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.