| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
Chapter 13 Case No. 19-16026-PMM

CHRISTOPHER F. SLAUGH  
744 GOUCHER STREET  
JOHNSTOWN  PA    15905

Petition Filed Date: 09/25/2019  
341 Hearing Date: 11/12/2019  
Confirmation Date: 03/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2022 | $355.00 | | 09/26/2022 | $355.00 | | 12/27/2022 | $150.00 | |
| 01/25/2023 | $355.00 | | 02/28/2023 | $355.00 | | 03/27/2023 | $355.00 | |
| 05/12/2023 | $360.00 | | 05/18/2023 | $730.00 | | 05/25/2023 | $355.00 | |
| 06/27/2023 | $355.00 | | 07/25/2023 | $355.00 | | | | |

**Total Receipts for the Period: $4,080.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,037.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NPRTO NORTH-EAST LLC<br>»»  002 | Unsecured Creditors | $1,183.09 | $0.00 | $1,183.09 |
| 3 | MERRICK BANK<br>»»  003 | Unsecured Creditors | $966.45 | $0.00 | $966.45 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $660.45 | $0.00 | $660.45 |
| 5 | AFFINITY FEDERAL CREDIT UNION<br>»»  005 | Unsecured Creditors | $4,757.53 | $0.00 | $4,757.53 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $1,494.73 | $0.00 | $1,494.73 |
| 7 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  07A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  07B | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  008 | Unsecured Creditors | $737.67 | $0.00 | $737.67 |
| 10 | AFFINITY FEDERAL CREDIT UNION<br>»»  09S | Secured Creditors | $15,200.99 | $10,625.08 | $4,575.91 |
| 11 | AFFINITY FEDERAL CREDIT UNION<br>»»  09U | Unsecured Creditors | $9,981.14 | $0.00 | $9,981.14 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»»  01U | Unsecured Creditors | $7,853.48 | $0.00 | $7,853.48 |

**Chapter 13 Case No. 19-16026-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $15,037.08 | Current Monthly Payment: | $355.00 |
| Paid to Claims: | $13,435.08 | Arrearages: | $149.92 |
| Paid to Trustee: | $1,278.95 | Total Plan Base: | $20,157.00 |
| Funds on Hand: | $323.05 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.