| Office Mailing Address: | Send Payments **ONLY** to: |
| --- | --- |
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16026-PMM**

| | |
| --- | --- |
| CHRISTOPHER F. SLAUGH | Petition Filed Date: 09/25/2019 |
| 744 GOUCHER STREET | 341 Hearing Date: 11/12/2019 |
| JOHNSTOWN  PA    15905 | Confirmation Date: 03/05/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 08/25/2023 | $355.00 | | 09/25/2023 | $355.00 | | 10/25/2023 | $355.00 | |
| 02/05/2024 | $400.00 | | 02/27/2024 | $355.00 | | 04/25/2024 | $360.00 | |
| 05/10/2024 | $1,169.92 | | 06/05/2024 | $360.00 | | 06/24/2024 | $357.00 | |

**Total Receipts for the Period: $4,066.92   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,459.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| --- | --- | --- | --- | --- | --- |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NPRTO NORTH-EAST LLC »» 002 | Unsecured Creditors | $1,183.09 | $0.00 | $1,183.09 |
| 3 | MERRICK BANK »» 003 | Unsecured Creditors | $966.45 | $0.00 | $966.45 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $660.45 | $0.00 | $660.45 |
| 5 | AFFINITY FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $4,757.53 | $0.00 | $4,757.53 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,494.73 | $0.00 | $1,494.73 |
| 7 | ROUNDPOINT MORTGAGE SERVICING LLC »» 07A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING LLC »» 07B | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $737.67 | $0.00 | $737.67 |
| 10 | AFFINITY FEDERAL CREDIT UNION »» 09S | Secured Creditors | $15,200.99 | $14,615.46 | $585.53 |
| 11 | AFFINITY FEDERAL CREDIT UNION »» 09U | Unsecured Creditors | $9,981.14 | $0.00 | $9,981.14 |
| 12 | QUANTUM3 GROUP LLC as agent for »» 01U | Unsecured Creditors | $7,853.48 | $0.00 | $7,853.48 |

**Chapter 13 Case No. 19-16026-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,459.00 | Current Monthly Payment: | $355.00 |
| Paid to Claims: | $17,425.46 | Arrearages: | $343.00 |
| Paid to Trustee: | $1,714.04 | Total Plan Base: | $20,157.00 |
| Funds on Hand: | $319.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.