United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher F. Slaugh  
    Debtor

Case No. 19-16026-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Sep 24, 2024      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Christopher F. Slaugh, 744 Goucher Street, Johnstown, PA 15905-3024 |
| 14429046 | + | Affinity Federal Credit Union, c/o Salditti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 14395257 | + | Apex Asset Mang., 2501 Oregon Pike, Sre102, Lancaster, PA 17601-4890 |
| 14395262 | | Mrs. BPO, LLC., 1930 Olmeu Ave., Cherry Hill, NJ 08003 |
| 14395263 | + | National Business Service, 9428 Baymeadows Road, #200, Jacksonville, FL 32256-7912 |
| 14395264 | + | National Credit Mang., 10845 Olive Blvd. #210, Saint Louis, MO 63141-7794 |
| 14574588 | #+ | Quantum3 Group LLC., C/O William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14402163 | + | Roundpoint Mortgage Servicing Corporation, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 24 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14395256 | + | Email/Text: bankruptcycare@affinityfcu.com | Sep 24 2024 23:58:00 | Affinity FCU, 73 Mountainview Blvd., Basking Ridge, NJ 07920-2332 |
| 14395258 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:28 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 14395259 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:09 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14395260 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 00:08:43 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14434041 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14428930 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14419779 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2024 00:08:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14395261 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2024 00:08:28 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14408840 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 24 2024 23:59:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14395265 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |

Case 19-16026-pmm  Doc 74  Filed 09/26/24  Entered 09/27/24 00:36:26  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 24 2024 23:58:00 | Ocwen Mortgage, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 14574472 | + | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2024 23:58:00 | Quantum3 Group LLC, as agent for Aqua Finance, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14405574 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2024 23:58:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14401824 | ^ | MEBN | Sep 24 2024 23:54:32 | ROUNDPOINT MORTGAGE SERVICING CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14431777 | | Email/Text: bankruptcy@roundpointmortgage.com | Sep 24 2024 23:58:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14395266 | ^ | MEBN | Sep 24 2024 23:54:27 | Roundpoint Mng., 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Christopher F. Slaugh Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Quantum3 Group LLC as agent for Aqua Finance wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 73 − 71

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Christopher F. Slaugh<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−16026−pmm<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 24, 2024                                                             For The Court

                                                                                     Timothy B. McGrath
                                                                                     Clerk of Court