# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    **CHRISTOPHER F. SLAUGH**     :     Chapter 13
                                          :
    **Debtors**     :     Case No. 19-16026

## CHANGE OF ADDRESS:

Listed below is the mailing address for Christopher Slaugh

**24 Apple Lane**
**Mountville, PA 17554**